No. 14–0312/AF. U.S. v. David T. Lafko. CCA 38177. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 27, 2014.

No. 14–0313/AR. U.S. v. Christopher R. Darbyshire. CCA 20110026. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 27, 2014.

Friday, January 10, 2014.

No. 14–0275/AR. U.S. v. Emanuel R. Waters. CCA 20111073. Appellant's *second* motion to extend time to file the supplement to the petition for. grant of review granted, *up to and including January 24, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*